# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY L. EDWARDS, ALAN M. HILDRETH,<br>             Plaintiffs,<br><br>   v.<br><br>DEPARTMENT OF STATE HOSPITALS – COALINGA, PAMELA AHLIN, DAVID MONTOYA, ANDREW BERARD and ROBERT OLIVEIRA,<br><br>             Defendants. | 1:13 - cv - 0105 AWI MJS<br><br>ORDER VACATING HEARING DATE OF JULY 22, 2013 |

In this action for damages and injunctive relief, defendants Department of State Hospitals – Coalinga, et al. ("Defendants"), moved to dismiss the complaint of plaintiffs Larry L. Edwards and Alan M. Hildreth ("Plaintiffs"). The matter was scheduled for oral argument to be held July 22, 2013. The Court has reviewed Defendants' Motion, Plaintiff's opposition, the accompanying documents, and the applicable law, and has determined that the Motion is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 22, 2013, is VACATED, and no party shall appear at that time. As of July 22, 2013, the Court will take this matter under submission.

IT IS SO ORDERED.

Dated:   July 19, 2013                                                         
                                                                      SENIOR  DISTRICT  JUDGE