1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11   **LARRY L. EDWARDS; ALAN M.**          **1:13 – CV- 0105 AWI MJS**
     **HILDRETH**,
12
                **Plaintiffs,**
13
                                            **ORDER STRIKING PLAINTIFFS'**
        v.                                  **MOTION FOR A FINAL JUDGMENT AS**
14                                          **UNTIMELY**
     **DEPARTMENT OF STATE**
15   **HOSPITAL -- COALINGA**
     **(FORMERLY DEPARTMENT OF**
16   **MENTAL HEALTH – COALINGA);**          **Doc. # 51**
     **PAMELA AHLIN; DAVID**
17   **MONTOYA; ANDREW BERARD;**
     **ROBERT OLIVERA,**
18
                **Defendants.**
19

20

21

22         In this action for damages, defendants Department of State Hospital – Coalinga, et al.

23   ("Defendants") have moved to dismiss the First Amended Complaint ("FAC") of plaintiffs Larry

24   L. Edwards and Alan M. Hildreth ("Plaintiffs").  That motion is currently under submission.  On

25   October 11, 2013, Plaintiffs filed the document titled "Motion for a Final Judgment" that is the

26   subject of this order.  The court notes that in a prior order granting Defendants' motion to dismiss

27   Plaintiffs' original complaint filed on May 17, 2013, (the "May 17 Order") (Document No. 43)

28   the court provided a brief explanation of the necessary elements of a complaint and noted that

                                              1

1   several intervening motions by Plaintiffs were untimely and therefore inappropriate.  The court

2   wishes to take this opportunity to add briefly to the information previously provided in the May

3   17 Order by informing Plaintiffs that the court generally follows a sequence of procedures that

4   begins with the a complaint followed by either an answer or a motion to dismiss.  This sequence

5   can be repeated two or three times until the court determines which claims, if any, are adequately

6   stated.  The parties then submit information for a scheduling conference after which the court

7   issues deadlines for the completion of the various stages of a litigation: discovery, motions for

8   summary judgment, pre-trial motions and trial.  At no time during this process is it appropriate for

9   a party to try to shortcut the process by filing a motion for final judgment.

10       Plaintiffs are encouraged to realize that this process may take a good deal more time than

11  they may expect; especially since increasing workloads for the court have resulted in significant

12  backlogs of issues to be resolved.  Actions such as the one commenced by Plaintiffs seldom

13  resolve in less than two years.  Patience and adherence to the process directed by the court is

14  strongly advised.

15

16       It is hereby ORDERED that Plaintiff's "Motion for a Final Judgment", Document No. 5,

17  is hereby STRUCK as untimely.  The hearing date of November 4, 2013, is hereby VACATED

18  and no party shall appear at that time.

19

20  IT IS SO ORDERED.

21  Dated:   October 30, 2013                    _____
                                                              SENIOR  DISTRICT  JUDGE

22

23

24

25

26

27

28