IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY L. EDWARDS, ALAN M. HILDRETH,<br><br>**Plaintiffs,**<br><br>vs.<br><br>DEPARTMENT OF STATE HOSPITAL (DSH) – COALINGA (FORMERLY DEPARTMENT OF MENTAL HEALTH (DMH) – COALINGA, PAMELA AHLIN, DAVID MONTOYA, ANDREW BERARD, RPBERT OLIVEIRA,<br><br>**Defendants.** | 1:13 – cv – 0105 AWI MJS<br><br><br>**ORDER VACATING HEARING DATE OF FEBRUARY 24, 2014, AND TAKING MATTERS UNDER SUBMISSION** |

In this action for damages and injunctive relief, defendants Department of State Hospital – Coalinga, et al. ("Defendants") have filed three motions regarding the Second Amended Complaint of plaintiffs Larry L. Edwards and Alan M. Hildreth ("Plaintiffs"). The motions currently before the court are a motion to quash service of complaint, a motion to dismiss or strike and a motion to sever. Each of the motions was set for oral argument to be held on February 24, 2014. The court has reviewed Defendants' motions, and Plaintiffs' oppositions and has determined that the matters are suitable for decision without oral argument. Local Rule 78-230(h).

//

//

1
2      THEREFORE, it is hereby ORDERED that the hearing date of February 24, 2014, is
3  hereby VACATED and no party shall appear on that date.  As of February 24, 2014, the court
4  will take the matters under submission and will thereafter render its decision.
5  IT IS SO ORDERED.
6  Dated:   February 19, 2014
7                                                              SENIOR  DISTRICT  JUDGE